NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000033
11-OCT-2012
09:40 AM**

NO. CAAP-11-0000033

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KIAHUNA KANAHIKU, LLC, a Delaware limited liability company,
Plaintiff-Appellant,
v.
WIND RIDGE ISLAND PROPERTIES, LLC, a Hawaii limited
liability company, MORGAN STANLEY 2007-XLC1, LTD., et al.,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 08-1-0227)

ORDER GRANTING THE MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss Appeal filed on September 28, 2012 by Plaintiff-Appellant KW Kiahuna, LLC, the papers in support, the records and files herein, and noting no opposition,

IT IS HEREBY ORDERED that the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, October 11, 2012.

Chief Judge

Associate Judge

Associate Judge